**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:21-cr-00321-JCM-VCF |
| vs. | **ORDER** |
| ANTHONY R. RIOS, | |
| Defendant. | |

Before the Court is the motion to dismiss counsel (ECF NO. 37). Mr. Rios personally filed the motion (ECF No. 37) on his own behalf.

On June 4, 2021, the Federal Public Defender was appointed as counsel of record for defendant Rios. (ECF No. 8). Mr. Rios filed the instant motion on his own behalf. (ECF No. 37).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file a document on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly,

IT IS HEREBY ORDERED that the motion to dismiss counsel (ECF NO. 37) is STRICKEN.

DATED this 25th day of May 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE