RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Anthony Rios

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ANTHONY RIOS,<br><br>           Defendant. | Case No. 2:21-cr-00321-JCM-VCF<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR STATUS CONFERENCE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Anthony Rios, that the Hearing on Motion for Status Conference currently scheduled on June 15, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than the week of June 27, 2022.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the district for a training.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the hearing on Motion for Status Conference.

DATED this 9th day of June, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Jawara Griffin*<br>By_____<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender |    */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY RIOS,<br><br>　　　　Defendant. | Case No. 2:21-cr-00321-JCM-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the hearing on Motion for Status Conference currently scheduled for Wednesday, June 15, 2022 at 2:00 p.m., be vacated and continued to July 8, 2022, at the hour of 2:00 PM.

　　　DATED this 10th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE