# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

          Plaintiff(s),

v.

ANTHONY RIOS,

          Defendant(s).

2:21-cr-00321-JCM-VCF

**ORDER**

Before the Court is the motion to withdraw as appointed counsel of record (ECF NO. 53).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to withdraw as appointed counsel of record (ECF NO. 53), is scheduled for 11:00 AM, January 23, 2023, in Courtroom 3D.

DATED this 9th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE