LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>vs.<br><br>**ANTHONY RIOS**,<br><br>Defendant. | Case No. 2:21-cr-00321-JCM-VCF<br><br>**STIPULATION AND ORDER FOR A PRE-PLEA REPORT FOR DEFENDANT ANTHONY RIOS** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant, ANTHONY RIOS by and through his counsel, LANCE J. HENDRON, ESQ., of the Law Firm HENDRON LAW GROUP, LLC, and Plaintiff, United States of America, by and through Jason M. Frierson, United States Attorney and Allison Reese, Assistant United States Attorney, for an Order to the United States Department of Parole & Probation to prepare a pre-plea presentence report on ANTHONY RIOS.

The request is based upon the following:

1. On December 21, 2021 a federal grand jury issued a Criminal Indictment charging Anthony Rios with one count of Felon in Possession of a Firearm (18 U.S.C. §§ 922(g)(1) and 924(a)(2)).
2. Currently the trial in this matter is set for June 5, 2023.
3. Counsel requires a pre-plea presentence report to assist in providing Mr. Rios with effective assistance of counsel.
4. Mr. Rios' prior criminal history justifies the preparation of a pre-plea PSR.

5. A pre-plea presentence report will promote judicial economy and could enable this case being resolved.

6. Furthermore, Mr. Rios consents to the pre-plea presentence investigation.

7. Defense Counsel for Mr. Rios has spoken to his client, who is in custody, and he does not oppose this request.

8. Defense Counsel for Mr. Rios has spoken to Assistant United States Attorney Allison Reese, and the Government has no objection to this request.

9. Additionally, the denial of this request could result in a miscarriage of justice.

Therefore, undersign counsel respectfully requests this Court issue an Order directing the United States of Parole & Probation to conduct a pre-plea presentence investigation and prepare a report for Mr. Rios.

DATED this  3rd  day of February, 2023.

Respectfully Submitted,

 /s/ Lance Hendron
Lance J. Hendron, Esq.
Attorney for Defendant

 /s/ Allison Reese
Jason M. Frierson,
United States Attorney
Allison Reese,
Assistant United States Attorney

**HENDRON LAW GROUP LLC**
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 710-5555 • FAX (702) 718-5555

LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY RIOS,<br><br>Defendant. | Case No. 2:21-cr-00321-JCM-VCF |

### ORDER

**IT IS HEREBY ORDERED** that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Report on Defendant ANTHONY RIOS.

DATED February 13, 2023

_____
**UNITED STATES DISTRICT JUDGE**

3