# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA,

        Plaintiff(s),

v.

ANTHONY RIOS,

        Defendant(s).

2:21-cr-00321-JCM-VCF

**ORDER**

Before the Court is the motion to withdraw as appointed counsel of record (ECF NO. 63).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the motion to withdraw as appointed counsel of record (ECF NO. 63), is scheduled for 10:00 AM, May 12, 2023, in Courtroom 3D.

DATED this 5th day of May 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE