```
                                    ┌──────────────────────────────────────┐
                                    │  ___ FILED          RECEIVED          │
                                    │  _p_ ENTERED   ___ SERVED ON          │
                                    │                COUNSEL/PARTIES OF     │
                                    │                       RECORD          │
                                    │  ┌──────────────────────────────┐     │
                                    │  │                              │     │
                                    │  │       SEP 27 2023            │     │
                                    │  │                              │     │
                                    │  └──────────────────────────────┘     │
                                    │      CLERK US DISTRICT COURT          │
                                    │       DISTRICT OF NEVADA              │
                                    │  BY:_____ DEPUTY     │
                                    └──────────────────────────────────────┘
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-321-JCM-VCF |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| ANTHONY RIOS, | |
| Defendant. | |

This Court finds Anthony Rios pled guilty to Count One of a One-Count Criminal Indictment charging him with felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Criminal Indictment, ECF No. 22; Change of Plea, ECF No 79; Plea Agreement, ECF No. 80.

This Court finds Anthony Rios agreed to the forfeiture of the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 22; Bill of Particulars, ECF No. 49; Change of Plea, ECF No. 79; Plea Agreement, ECF No. 80.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and the offense to which Anthony Rios pled guilty.

The following property is any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1) and is subject to forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c):

1. a GAA, model "Mini-Max," .45 caliber, semi-automatic pistol bearing serial number 71-04-00062-05; and

1      2. any and all compatible ammunition

2    (all of which constitutes property).

3      This Court finds that on the government's motion, the Court may at any time enter

4    an order of forfeiture or amend an existing order of forfeiture to include subsequently

5    located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

6      This Court finds the United States of America is now entitled to, and should, reduce

7    the aforementioned property to the possession of the United States of America.

8      NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND

9    DECREED that the United States of America should seize the aforementioned property.

10      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory

11    rights, ownership rights, and all rights, titles, and interests of Anthony Rios in the

12    aforementioned property are forfeited and are vested in the United States of America and

13    shall be safely held by the United States of America until further order of the Court.

14      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States

15    of America shall publish for at least thirty (30) consecutive days on the official internet

16    government forfeiture website, www.forfeiture.gov, notice of this Order, which shall

17    describe the forfeited property, state the times under the applicable statute when a petition

18    contesting the forfeiture must be filed, and state the name and contact information for the

19    government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

20    Notice is served on any individual or entity on the date when it is placed in the mail,

21    delivered to a commercial carrier, or sent by electronic mail under Fed. R. Crim. P.

22    32.2(b)(6)(D) and Supplemental Rule G4(b)(i) and (iv).

23      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

24    or entity who claims an interest in the forfeited property must file a petition for a hearing to

25    adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. §

26    853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21

27    U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the

28    petitioner's right, title, or interest in the property, the time and circumstances of the

2

Case 2:21-cr-00321-JCM-VCF Document 78 Filed 09/15/23 Page 3 of 3

1   petitioner's acquisition of the right, title or interest in the property, any additional facts

2   supporting the petitioner's claim, and the relief sought.

3        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

4   must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

5   Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was

6   not sent, no later than sixty (60) days after the first day of the publication on the official

7   internet government forfeiture site, www.forfeiture.gov, whichever is earlier.

8        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

9   petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

10   Attorney's Office at the following address at the time of filing:

11           Daniel D. Hollingsworth
            Assistant United States Attorney
12           Misty L. Dante
            Assistant United States Attorney
13           501 Las Vegas Boulevard South, Suite 1100
            Las Vegas, Nevada 89101.

14

15        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

16   described herein need not be published in the event a Declaration of Forfeiture is issued by

17   the appropriate agency following publication of notice of seizure and intent to

18   administratively forfeit the above-described property.

19        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

20   copies of this Order to all counsel of record.

21        DATED _____Sept 27_____, 2023.

22

23

24           _____
          JAMES C. MAHAN
          UNITED STATES DISTRICT JUDGE

25

26

27

28