MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Office: (702) 382-4004
Fax: (702) 382-4800
mlevy@wmllawlv.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00321-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| ANTHONY RIOS, | **(FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED and AGREED, by and between the United States Attorney, by and through JASON M. FRIERSON, United States Attorney and ALLISON REESE, Assistant United States Attorney, and ANTHONY RIOS, Defendant, by and through his counsel, MONTI JORDANA LEVY, ESQUIRE, WRIGHT MARSH & LEVY, and that the sentencing hearing currently scheduled for January 3, 2024, at 10:00 a.m. be vacated and continued for at least 60 days or to a date and time convenient to this Court.

This stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to prepare for Defendant Rios's sentencing hearing.

2. The parties agree to the continuance. Defendant Rios is in custody and agrees to the continuance requested herein.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the sentencing hearing;

DATED: December 4, 2023.

| | |
|---|---|
| WRIGHT MARSH & LEVY | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Monti Jordana Levy*<br>   MONTI JORDANA LEVY, ESQUIRE<br>   Counsel for Anthony Rios | By */s/ Allison Reese*<br>   ALLISON REESE<br>   Assistant United States Attorney |

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:21-CR-00321-JCM-VCF |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| ANTHONY RIOS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Stipulation of the Parties and for good cause appearing the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for January 3, 2024, at 10:00 a.m., be vacated and continued to **March 4, 2024, at 10:30 a.m.**

Dated: December 7, 2023

_____
JAMES C. MAHAN
UNITED STATES DISTRICT COURT

3