```
_____ FILED         _____ RECEIVED
_____ ENTERED       _____ SERVED ON
                       COUNSEL/PARTIES OF RECORD

        APR - 3 2024

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-321-JCM-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ANTHONY RIOS, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Anthony Rios to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Anthony Rios pled guilty. Criminal Indictment, ECF No. 22; Bill of Particulars, ECF No. 49; Change of Plea, ECF No. 79; Plea Agreement, ECF No. 80; Preliminary Order of Forfeiture, ECF No. 81.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 29, 2023, through October 28, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 82-1, p. 5.

This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 83.

On October 19, 2023, the United States Attorney's Office served Zuni Mountain Pawn LLC, Jess and Jorene Butler, at 140 NM Hwy 371, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 83-1, p. 3, 7-12, 14-15.

On October 19, 2023, the United States Attorney's Office served Zuni Mountain Pawn at its PO Box by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 83-1, p. 3, 7-12, 16-17.

On October 19, 2023, the United States Attorney's Office served Zuni Mountain Trading, c/o Jeff Butler, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 83-1, p. 3, 7-12, 18-19.

On October 19, 2023, the United States Attorney's Office served Zuni Mountain Trading Co, Wayne Harris, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 83-1, p. 3, 7-12, 20-21.

On October 19, 2023, the United States Attorney's Office served and attempted to serve ZMTL LLC, Jess Alan Butler, Registered Agent, at 140 Hwy 371 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The government received the signed certified mail return receipt. The regular mail was returned as "vacant—unable to forward." Notice of Filing Service of Process – Mailing, ECF No. 83-1, p. 3, 7-12, 22-24.

On October 19, 2023, the United States Attorney's Office served and attempted to serve ZMTL LLC, Jess Alan Butler, Registered Agent, at 67 Old Landfill Road, by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture.

1  The certified mail was returned as "no such number—unable to forward." The regular mail
2  was not returned. Notice of Filing Service of Process – Mailing, ECF No. 83-1, p. 3, 7-12,
3  25-27.
4        On October 19, 2023, the United States Attorney's Office served Jess and Jorene
5  Butler at PO Box 1374 by regular and certified return receipt mail with the Notice and the
6  Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 83-
7  1, p. 4, 7-12, 28-29.
8        On October 19, 2023, the United States Attorney's Office served Jess and/or Jorene
9  Butler at PO Box 1107 by regular and certified return receipt mail with the Notice and the
10  Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 83-
11  1, p. 4, 7-12, 30-31.
12        On October 19, 2023, the United States Attorney's Office served and attempted to
13  serve Jess Butler at PO Box 555 by regular and certified return receipt mail with the Notice
14  and the Preliminary Order of Forfeiture. The status of the certified mail is unknown as the
15  post office has the document listed as in transit. The regular mail was not returned. Notice
16  of Filing Service of Process – Mailing, ECF No. 83-1, p. 4, 7-12, 32-35.
17        On October 19, 2023, the United States Attorney's Office served and attempted to
18  serve Jorene Butler at 97 Landfill Rd. by regular and certified return receipt mail with the
19  Notice and the Preliminary Order of Forfeiture. The status of the certified mail is unknown
20  as the post office has the document listed as in transit. The regular mail was not returned.
21  Notice of Filing Service of Process – Mailing, ECF No. 83-1, p. 4, 7-12, 36-39.
22        On October 19, 2023, the United States Attorney's Office served and attempted to
23  serve Jorene Butler at 66 Old Landfill Rd. by regular and certified return receipt mail with
24  the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as "no
25  such number—unable to forward." The regular mail was not returned. Notice of Filing
26  Service of Process – Mailing, ECF No. 83-1, p. 4, 7-12, 40-42.
27        On October 19, 2023, the United States Attorney's Office served Dillon Butler at PO
28  Box 1374 by regular and certified return receipt mail with the Notice and the Preliminary

3

1  Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 83-1, p. 4, 7-12, 43-44.

On October 19, 2023, the United States Attorney's Office served Dillon Butler at PO Box 1107 by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 83-1, p. 4, 7-12, 45-46.

On October 19, 2023, the United States Attorney's Office attempted to serve Dillon Butler at 67 Old Landfill Road by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as "no such number—unable to forward." The regular mail was returned as "not deliverable as addressed—unable to forward." Notice of Filing Service of Process – Mailing, ECF No. 83-1, p. 4-5, 7-12, 47-49.

On October 19, 2023, The United States Attorney's Office served and attempted to serve Dillon Butler at 10 Frontier St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The government received the signed certified mail return receipt. The regular mail was returned as "vacant—unable to forward." Notice of Filing Service of Process – Mailing, ECF No. 83-1, p. 5, 7-12, 50-52.

On October 19, 2023, the United States Attorney's Office served Wayne Harris by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 83-1, p. 5, 7-12, 53-54.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1)

with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a GAA, model "Mini-Max," .45 caliber, semi-automatic pistol bearing serial number 71-04-00062-05; and

2. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Anthony Rios and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED April 3, 2024.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE